UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN S. HUGGINS,

    Petitioner,

v.        CASE NO. 6:15-cv-630-Orl-37DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

**ORDER**

This cause is before the Court on Petitioner's Memorandum filed by counsel (Doc. 22). On February 16, 2016, the Court appointed Linda McDermott for the limited purpose of consulting with Petitioner regarding his Motion to Appoint Counsel and Motion to Strike Petition for Writ of Habeas Corpus (Doc. 22). The Court directed counsel to confer with Petitioner and file an appropriate memorandum regarding the matters. *Id.*

Although counsel has filed a memorandum as instructed by this Court, there is no indication that counsel met with Petitioner or personally consulted with him regarding the issues referenced in the February 16, 2016 Order. Accordingly, it is **ORDERED** that counsel is directed to personally meet with Petitioner and consult with him regarding his Motion to Appoint Counsel (Doc. 2) and Motion to Strike Petition for Writ of Habeas Corpus (Doc. 7). Counsel shall have **SIXTY (60) DAYS** to then submit motions or recommendations indicating whether Petitioner is in agreement with or opposes the relief sought in the memorandum (Doc. 29).

**DONE AND ORDERED** in Orlando, Florida this <u>27th</u> day of April, 2016.



ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-3 4/27
Counsel of Record
John S. Huggins